UNITED STATES OF AMERICA
IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION


In re:                                              Case No. BT 23-00488
                                                    Chapter 7
BARBARA LYNN ERICKSON,                              Hon. James W. Boyd
                                                    Petition Date: 03/09/2023
            Debtor.
_____/


BARBARA LYNN ERICKSON,
                                                    Adv. Proc. No. 23-80049
            Plaintiff,

v.

U.S. DEPARTMENT OF EDUCATION,

            Defendant.
_____/


## NOTICE OF FILING CERTIFICATE OF STUDENT LOAN INDEBTEDNESS

The United States of America, on behalf of its agency, the U.S. Department of Education,

files the attached Certificate of Indebtedness.  (Exhibit A).


Dated: April 11, 2024                               MARK A. TOTTEN
                                                    United States Attorney

                                                    */s/ Laura Babinsky*
                                                    Laura Babinsky (P85670)
                                                    Assistant United States Attorney
                                                    P.O. Box 208
                                                    Grand Rapids, MI 49501
                                                    (616) 456-2404
                                                    Laura.Babinsky@usdoj.gov
                                                    Attorneys for U.S. Department
                                                    of Education