U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

**CERTIFICATE OF INDEBTEDNESS #1 OF 1**

Barbara Erickson
Adv. No. 23-80049
SSN: xxx-xx-3621

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below as of 7/11/2023:

**DIRECT CONSOLIDATION LOANS**

| Loan # | Disb. Date | Int Rate | Prin. Due | Int. Due | Total Due |
|---|---|---|---|---|---|
| 1 | 7/01/2010 | 4.00 | $26,474.74 | $4,870.71 | $31,345.45 |
| 2 | 7/01/2010 | 4.00 | $36,636.72 | $12,396.65 | $49,033.37 |

The Direct Consolidation loans were made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685).

The borrower now owes $63,111.46 worth of principal and $17,267.36 worth of interest as of 07/11/2023. Grand Total is: $80,378.82

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 03/26/2024

P.Guillon
Sr. Loan Analyst
Litigation Support

EXHIBIT A